# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 4 WAL 2018

           Respondent    :

                       :    Petition for Allowance of Appeal from

                       :    the Order of the Superior Court

           v.    :

ANTHONY MACHICOTE,    :

           Petitioner    :

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of May, 2018, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by Petitioner, is:

Whether, in order to comply with *Miller* and its progeny, a court sentencing a juvenile defendant for a crime for which life without parole is an available sentence must review and consider on the record the *Miller* factors adopted by this Court in *Batts I*, regardless whether the defendant is ultimately sentenced to life without parole.